# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SA'BEION HARRIS

VERSUS

TANGIPAHOA PARISH SCHOOL
SYSTEM

NO.  2025 CW 0519

**SEPTEMBER 8, 2025**

---

In Re:    Sa'Beion Harris, applying for supervisory writs, 21st
          Judicial District Court, Parish of Tangipahoa, No. 2021-
          0000678.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

   **WRIT NOT CONSIDERED.** This writ application failed to include
a copy of the written judgment, order, or ruling complained of in
violation of Rule 4-5(C)(6) of the Uniform Rules of Louisiana
Courts of Appeal. In addition, this court requires a copy of any
evidence admitted at the hearing and the transcript of the
pertinent hearing.

   Supplementation of this writ application and/or application
for rehearing will not be considered. Uniform Rules of Louisiana
Courts of Appeal, Rules 2-18.7 & 4-9.

   In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation, including
the requested transcript, and must comply with Uniform Rules of
Louisiana Courts of Appeal, Rule 2-12.2. Any new application must
be filed on or before October 8, 2025, and must contain a copy of
this ruling.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT